PHILLIP A. TALBERT
United States Attorney
Justin L. Lee
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-po-00330-DB |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL DATE AND [Proposed] ORDER |
| v. | DATE: January 12, 2017 |
| GAYSHELL L. CALDWELL, | TIME:    9:00 a.m. |
| Defendant. | COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Bench Trial on January 12, 2017.

2. By this stipulation, the parties now jointly move to continue the Bench Trial to March 9, 2017 at 9:00 a.m.

///

///

///

///

///

///

STIPULATION TO CONTINUE TRIAL       1

IT IS SO STIPULATED.

Dated: January 10, 2017     PHILLIP A. TALBERT
United States Attorney

/s/ *Justin L. Lee*
Justin L. Lee
Assistant United States Attorney

Dated: January 10, 2017     /s/ *Linda C. Allison*
Linda C. Allison
Counsel for Defendant
GAYSHELL L. CALDWELL

/s/ *Daniel Pickolick*
DANIEL PICKOLICK
Counsel for Defendant
GAYSHELL L. CALDWELL

(*Approved via email*)

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED:

Dated: January 11, 2017

*[signature]*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE TRIAL            2