1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA ALLISON, #179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710
   Linda_Allison@fd.org

   Attorneys for Defendant
   GAYSHELL CALDWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-PO-00330-DB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE BENCH TRIAL DATE |
| vs. | ) | |
| | ) | Date:  March 9, 2017 |
| GAYSHELL CALDWELL, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Deborah Barnes |
| Defendant. | ) | |

The United States Attorney through its counsel, Special Assistant United States Attorney Robert Artuz, and Chief Assistant Federal Defender Linda C. Allison, attorney for the defendant, GAYSHELL CALDWELL, hereby stipulate that the bench trial set for March 9, 2017, at 9:00 a.m. be continued to April 6, 2017, at 10:00 a.m.

//

//

The respective parties request the court grant this stipulation in order to give Ms. Caldwell time to grieve over the loss of her family member who was in a fatal accident on March 7, 2017.  The continuance also allows the defense to conduct additional investigation prior to trial.

DATED:  March 8, 2017   Respectfully submitted

HEATHER WILLIAMS
Federal Defender

/s/ Linda Allison
LINDA ALLISON
Chief Assistant Federal Defender
Counsel for Defendant GAYSHELL CALDWELL

DATED: March 8, 2017   PHILLIP A. TALBERT
United States Attorney

/s/ Robert Artuz
ROBERT ARTUZ
Special Assistant U.S. Attorney

O R D E R

IT HEREBY ORDERED that the bench trial set for March 9, 2017 will vacated and reset for April 6, 2017 at 10:00 a.m.

Dated:  March 9, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE